UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Kristi L. Lukshin as trustee for the next-of-kin of Ronald Snell, deceased,<br><br>        Plaintiff,<br><br>v.<br><br>American National Property & Casualty Company,<br><br>        Defendant.<br><br>American National Property & Casualty Company,<br><br>        Counter Claimant,<br><br>v.<br><br>Kristi L. Lukshin as trustee for the next-of-kin of Ronald Snell, deceased,<br><br>        Counter Defendant.<br><br>American National Property and Casualty Company,<br><br>        Third-Party Plaintiff,<br><br>v.<br><br>Dorothy Snell,<br><br>        Third-Party Defendant. | COURT FILE #: 11-CV-01033 SRN/SER<br><br><br>**ORDER FOR<br>MONEY RECOVERED UNDER<br>MINN. STAT. § 573.02** |

The above-entitled matter came on for hearing before the undersigned judge of district court.

Based upon all the files, records and proceedings, herein,

IT IS HEREBY ORDERED:

1. Settlement of the above-entitled action against the Defendant named herein in the amount of $20,000.00 is approved and petitioner is authorized to sign the necessary releases and other documents.

2. Defendant is directed to pay to Schwebel, Goetz & Sieben, P.A. and petitioner, as trustee for the next-of-kin of Ronald Snell, the sum of $20,000.00.

3. The law firm of Schwebel, Goetz & Sieben, P.A. is allowed their attorneys' fees and expenses in the total sum of $7,290.87.

4. The sum of Six Thousand Three Hundred Fifty-Four and 57/100 Dollars ($6,354.57) is allowed to Kristi Lukshin, surviving daughter of decedent.

5. The sum of Six Thousand Three Hundred Fifty-Four and56/100 Dollars ($6,354.56) is allowed to Jason Snell, surviving son of decedent.

6. Allowing the sum of zero Dollars ($0.00) to Dorothy Snell, surviving mother of decedent.

7. Petitioner specifically reserves her claims against entities, individuals and/or insureds not named herein.

BY THE COURT:

Dated: January 8, 2013     s/ Susan Richard Nelson
                           Susan Richard Nelson
                           United States District Court Judge